LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Lindsey E. Kress (SBN 278213)
lkress@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

SANDERS COLLINS PLLC
Jason L. Sanders (SBN 230245)
jsanders@lockelord.com
Johnathan E. Collins (*pro hac vice*)
jcollins@sanderscollins.com
1919 McKinney Avenue
Dallas, TX 75201
Telephone: (214) 430-4286

Attorneys for Defendants
Excel ER Physicians, PLLC and Excel ER Physicians East Texas, PLLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PRESIDIO HEALTH, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EXCEL ER PHYSICIANS, PLLC, a Texas Professional Limited Liability Company, EXCEL ER PHYSICIANS EAST TEXAS, PLLC, a Texas Professional Limited Liability Company, and Does 1-100, inclusive,<br><br>Defendants. | CASE NO.: 3:17-cv-00171-SK<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO EXTEND SETTING OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed: January 12, 2017 |

Pursuant to the joint stipulation to extend time to set the Initial Case Management Conference and good cause appearing, it is ORDERED that:

1

1. The Initial Case Management Conference shall be set for no sooner than September 26, 2017.

2. The Initial Case Management Conference shall be reset for 1:30 p.m. on October 2, 2017.

3. The deadlines associated with the Initial Case Management Conference will be continued according to the new setting of the Initial Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 30, 2017



The Honorable Sallie Kim
United States Magistrate Judge